IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| David Barron, | : | |
| Petitioner, | : | Case No. 1:23-cv-591 |
| | : | |
| v. | : | Judge Susan J. Dlott |
| | : | |
| | : | Order Adopting Report and |
| Warden, Madison Correctional Institution, | : | Recommendation and Dismissing Action |
| | : | |
| Defendant. | : | |

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Peter B. Silvain, Jr. on December 18, 2023 and the Response by Petitioner David Barron which is dated December 27, 2023 and was filed on January 3, 2024. (Docs. 8, 9.) The Magistrate Judge recommended dismissing this action for failure to prosecute. The Magistrate Judge and this Court have three times directed Barron to remedy deficiencies in his initial pleading by submitting a petition for writ of habeas corpus on the standard form, providing all of the required information and signing under penalty of perjury. (Docs. 5, 7, 10.) Barron has failed to comply. Accordingly, the Court will **ADOPT** the Report and Recommendation and **DISMISS** this action for failure to prosecute.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Susan J. Dlott
United States District Judge

1