# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| DAVID BARRON, | : | Case No. 1:23-cv-591 |
| Petitioner, | : | |
| vs. | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| JENNY HILDEBRAND, WARDEN MADISON CORR. INSTITUTE, | : | |
| Respondent. | : | |

## ORDER

This habeas corpus case, filed by Petitioner David Barron, was recently closed and then re-opened on the Court's docket. (*See* Doc. 11, 12, 14). On February 22, 2024, the Court ordered Respondent to file an answer to the Petition. (Doc. 15). The case is open and proceeding.

A few days after the case was re-opened, Petitioner submitted a "Motion: To reconsider dismissing." (Doc. 16). The motion may have crossed in the mail with the Court's previous orders. Because the case has already been re-opened and is proceeding, the motion (Doc. 16) is **DENIED** as moot.

Respondent's Answer remains due on or before April 22, 2024. Petitioner may file a reply within twenty-one days after the Answer is filed.

**IT IS SO ORDERED.**

March 25, 2024

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE