UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| DAVID BARRON, | : | Case No. 1:23-cv-591 |
| Petitioner, | : | |
| vs. | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, MADISON CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

# ORDER

Petitioner recently filed a Supplement to his Amended Petition for a writ of habeas corpus. (Doc. 28; Amended Petition, Doc. 13). Respondent is **ORDERED** to file a Supplemental Answer that conforms to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts and is consistent with this Court's previous order for answer (Doc. 15). Respondent shall do so **within thirty days** of this Order. If additional record materials are needed to resolve the new grounds for relief, Respondent shall also file those materials within thirty days and send a copy to Petitioner.

Petitioner may file a reply to Respondent's Answer and Supplemental Answer **within twenty-one days** after the Supplemental Answer is filed. He is reminded that he must keep this Court informed of his current address, and promptly file a Notice of New Address if he is released or transferred.

**IT IS SO ORDERED.**

July 17, 2024

*/s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE