UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| DAVID BARRON, | : | Case No. 1:23-cv-591 |
| Petitioner, | : | |
| vs. | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, MADISON CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## ORDER CONCERNING MAIL FROM THIS COURT

This habeas corpus matter is before the Court to consider Petitioner's motion raising concerns about receiving mail from the Court. (Motion, Doc. 30). In order to manage this case in a timely and efficient manner, the motion is **GRANTED** to the following extent. It is **ORDERED** that mail from this Court addressed to Plaintiff <u>in this case</u> is legal mail under *Sallier v. Brooks*, 343 F.3d 868, 877 (6th Cir. 2003). *See generally Vinson v. Brown,* No. 2:23-cv-80, 2024 U.S. Dist. LEXIS 4128 (S.D. Ohio Jan. 8, 2024) (discussing "legal mail"). Respondent and the Ohio Department of Rehabilitation and Correction are **ORDERED** to treat the Court's mail to Plaintiff in this case as legal mail regardless of whether it bears a "control number."

The Clerk of Court is **DIRECTED** to serve this Order on **(1)** Respondent; **(2)** the Ohio Attorney General's Office; and **(3)** the Mailroom Supervisor at Madison Correctional Institution.

**IT IS SO ORDERED.**

August 9, 2024

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE