IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

DAVID BARRON,

   Petitioner,   :  Case No. 1:23-cv-591

 - vs -        District Judge Susan J. Dlott
            Magistrate Judge Michael R. Merz

JENNY HILDEBRAND, WARDEN,
 Madison Correctional Institution,

            :
   Respondent.

## ORDER TO CLARIFY STATUS OF THE CASE

  This is a habeas corpus case brought pursuant to 28 U.S.C. § 2254 *pro se* by Petitioner David Barron to obtain relief from his conviction in the Warren County Court of Common Pleas on charges of trafficking in persons, promoting prostitution, and felonious assault. On Order of Magistrate Judge Peter B. Silvain, Jr., Respondent filed the State Court Record (ECF No. 21) and a Return of Writ (ECF No. 22). After Petitioner supplemented his Amended Petition (ECF No. 28), Judge Silvain ordered Respondent to supplement her Return (ECF No. 29). Respondent supplemented her Return on August 15, 2024 (ECF No. 33). The Magistrate Judge reference in this case was then transferred to the undersigned to help balance the Magistrate Judge workload in this District (ECF No. 34).

  Judge Silvain had previously set a deadline for Petitioner's reply of twenty-one days after the Return was filed and then extended that deadline to twenty-one days after the Supplemental

Return was filed.  Petitioner's deadline for his reply is therefore September 9, 2024 (twenty-one days plus three days because he was served by mail.  Fed.R.Civ.P. 6).

August 19, 2024.

s/ *Michael R. Merz*
United States Magistrate Judge
